AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT     DISTRICT OF     NEW YORK

John Donovan

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:     CV 05-3726 (ARL)

Village of Malverne, et al.

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
that judgment be entered in favor of the defendants, Incorporated Village of Malverne, Anthony J. Panzarella, James J, Callahan, III, Joseph J. Hennessy, Patricia Ann McDonald and William G. Malone and against the plaintiff, John Donovan..........................................................................................................................................

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 2008 ★
LONG ISLAND OFFICE

March 11, 2008
Date

Robert C. Heinemann
Clerk

_(signature)_
(By) Deputy Clerk